

Patrick M. Fahey
Phone: 860.251.5824
Fax: 860.251.5219
Email: pfahey@goodwin.com

December 9, 2024

By Federal Express

Office of the Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

                    Re:    Miscellaneous Matter – Petition for Subpoena to Google LLC

Dear Madam/Sir:

    Please find enclosed a petition for a subpoena pursuant to 17 U.S.C. 512(h) directed to Google, LLC. As required by the statute, the petition contains as exhibits the requisite notice, declaration, and a copy of the subpoena for signature by the Clerk of Court. We have enclosed a check for the $52.00 fee. Please notify me when the subpoena has been signed or contact me if you have any questions.

    Thank you for your attention to this matter.

                              Sincerely,

                              *Patrick M. Fahey*

                              Patrick M. Fahey

PMF/
enclosures

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DEC 10 2024 PM2:37
FILED-USDC-CT-HARTFORD

| | | |
|---|---|---|
| IN RE: | : | MISC. NO. |
| | : | |
| PETITION OF GARTNER, INC. | : | |
| FOR A SUBPOENA TO GOOGLE LLC | : | |

**PETITION FOR ISSUANCE OF**
**SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

    1.      Petitioner, Gartner, Inc. ("Gartner"), is a Delaware corporation with its principal place of business in Connecticut.

    2.      Gartner is the owner of the copyright in the content published via its Internet website at www.gartner.com (collectively, the "Work"). The Work includes numerous elements of textual expression, narratives, images, and embedded videos.

    3.      Gartner has discovered that entire portions of the Work have been copied and are being displayed unlawfully on the Internet website located at the uniform resource locator ("URL") http://www.caasm.org (the "Infringing Site"). This use of the Work has not been authorized by Gartner; it violates Gartner's copyright in the Work and such infringement is causing Gartner irreparable harm.

    4.      Based upon information reviewed in the course of its investigation of the Infringing Site, Gartner believes that the Infringing Site is hosted by Google, LLC ("Google"), which means that the infringing material is located on servers owned and/or controlled by Google.

5.    Google is a Delaware limited liability company with offices located in Mountain View, California.  It also is registered to do business in the State of Connecticut and has registered an agent for service of process with the Connecticut Secretary of the State.

6.    For purposes of this Petition, Google is a "service provider" as that term is defined in 17 U.S.C. § 512(k) and has registered as such with the United States Copyright Office pursuant to 17 U.S.C. § 512(c)(2).

7.    The individual or individuals responsible for uploading and displaying the infringing works on the Infringing Site have concealed their true identity from the public.

8.    Gartner has sent a notification of infringement to Google pursuant to 17 U.S.C. § 512(c)(3) and demanded that Google remove the infringing material from the Infringing Site or disable access.  A true and correct copy of the notification is attached hereto at **Tab A**.

9.    The notification of infringement complies in all respects with the provisions of 17 U.S.C. § 512(c)(3)(A) inasmuch as the notification of infringement contained and/or relayed substantially each of the following elements:

(i)    A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

(ii)    Identification of the work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.

(iii)    Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material.

(iv)    Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

(v)    A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

(vi)    A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

10.    Because the individual or individuals responsible for the infringement have concealed their identity, Gartner has no practical ability to discover their true identity.

11.    Section 512(h)(1) of Title 17 of the United States Code provides, in relevant part, that "[a] copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer."

12.    Pursuant to 17 U.S.C. § 512(h)(2), a request for the issuance of a subpoena under 17 U.S.C. § 512(h)(1) may be made by filing with the Clerk of the Court the following:

(A)    a copy of a notification described in subsection (c)(3)(A);

(B)    a proposed subpoena; and

(C)    a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

13.    Pursuant to 17 U.S.C. § 512(h)(4), the Clerk "shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider" so long as: (1) the notification of infringement satisfies the provisions of 17 U.S.C. § 512(c)(3)(A); (2) the proposed subpoena is in proper form; and (3) the accompanying declaration is properly executed.

14.     In accordance with 17 U.S.C. § 512 (h)(2)(A), the notification of infringement sent by Gartner, a copy of which is attached hereto at **Tab A**, satisfies the provisions of 17 U.S.C. § 512(c)(3)(A).

14.     In accordance with 17 U.S.C. § 512 (h)(2)(B), the proposed subpoena attached hereto at **Tab B** is in the form required by Rule 45 of the Federal Rules of Civil Procedure.

15.     In accordance with 17 U.S.C. § 512 (h)(2)(C), the declaration attached hereto at **Tab C** has been properly executed.

WHEREFORE, Petitioner respectfully requests the Clerk to issue and sign a subpoena, substantially in the form attached hereto at **Tab B** pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

THE PETITIONER,
GARTNER, INC.,

By: /s/ *P M Fahey*

Patrick M. Fahey
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel. 860.251.5000
Fax. 860.251.5219
pfahey@goodwin.com

Its attorneys

21833842.1

9970840v1

# TAB A



Patrick M. Fahey
Phone: 860.251.5824
Email: pfahey@goodwin.com


November 12, 2024

Via email (google-cloud-compliance@google.com)


Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

      Re:    Clone Website - Notice and Takedown Demand

Dear Madam/Sir:

This firm represents Gartner, Inc. and its subsidiary GG Properties, Inc. (collectively, "Gartner"), the leading global provider of research and analysis in various industries. We are writing to demand that you take down and/or disable access to the Internet website at the domain name http://www.caasm.org (the "Infringing Site"). The Infringing Site, which is essentially a clone of Gartner's website at http://www.gartner.com infringes Gartner's copyright in its website and the material published on that website and also infringes Gartner's trademarks.

**Demand for Takedown Pursuant to 17 U.S.C. § 512**

Gartner is the owner of the copyright in numerous works, including without limitation the websites and associated content located at www.gartner.com (the "Copyrighted Work"). Unauthorize copies of the Copyrighted Work are being published and displayed on the Infringing Site, which is hosted by Google. Indeed, the Infringing Site is a clone of Gartner's Copyright Work and reproduces, verbatim, text, images, and embedded videos stolen from the Copyrighted Work.

The following representative list is provided pursuant to 17 U.S.C. § 512(c)(3)(A)(ii), together with the URLs where the infringing copies are located pursuant to 17 U.S.C. § 512(c)(3)(A)(iii). The below list is not exhaustive, and the full extent of the infringement appears to include the entire content of the Infringing Site.

Google, LLC.
November 12, 2024
Page 2

| Original Work[1] | Infringing Copy |
|---|---|
| | |
| https://www.gartner.com/en/conferences/calendar | http://www.caasm.org/calendar.html |
| https://www.gartner.com/en/insights/guides | http://www.caasm.org/guides.html |
| https://www.gartner.com/en/human-resources/insights/diversity-equity-inclusion | http://www.caasm.org/diversity-equity-inclusion.html |
| https://www.gartner.com/en/audit-risk | http://www.caasm.org/audit-risk.html |
| https://www.gartner.com/en/industries/education | http://www.caasm.org/education.html |
| https://www.gartner.com/en/information-technology.html | http://www.caasm.org/information-technology.html |
| https://www.gartner.com/en/industries/investment-services | http://www.caasm.org/investment-services.html |
| https://www.gartner.com/en/tools | http://www.caasm.org/tools.html |
| https://www.gartner.com/en/research/methodologies/gartner-hype-cycle | http://www.caasm.org/gartner-hype-cycle.html |

Pursuant to 17 U.S.C. § 512(c)(3)(A)(v), Gartner has a good-faith belief that the use of the Copyrighted Work in this manner on the Infringing Site is not authorized by Gartner, its agents, or the law. The Infringing Site, including the pages identified above, are not authorized by Gartner and infringe Gartner's copyrights. Accordingly, pursuant to 17 U.S.C. § 512, this letter serves as a demand to take down and/or disable access to the Infringing Site.

Undersigned counsel hereby states that the information in this notice is accurate and, under penalty of perjury, that I am authorized to act on behalf of the owners of the copyrights or the holders of an exclusive right to the copyrights that are being infringed.

## Violation of Gartner's Trademark Rights

In addition to the misappropriation of the Copyrighted Work, the Infringing Site also unlawfully utilizes Gartner's federally registered trademarks, including U.S. Reg. Nos. 2655882, 2617445, 2612209, 258729, and 2627746, on the mark GARTNER. Gartner has and continues to use its distinctive GARTNER mark in connection with, among other things, its sale of access to research related to various industries. Gartner has built up a substantial amount of goodwill in its GARTNER mark and, as such, that mark is an extremely valuable asset belonging to Gartner.

---

[1] Copies of these pages from the Gartner's website – the Copyrighted Work – are attached at Tab A.
SG-21762906.1

Google, LLC.
November 12, 2024
Page 3

The Infringing Site is a counterfeit website that purports to provide and distribute services identical to those provided by Gartner, and it makes repeated use of the GARTNER mark in order to do so. The following comparison is illustrative of the infringing use of the GARTNER mark throughout the Infringing Site:

Gartner Website                    Infringing Site



As such, the Infringing Site is likely to cause confusion to consumers looking to purchase Gartner's products and service, possibly with the additional adverse effect of presenting Gartner in a negative light in the market by diverting consumers away from Gartner's legitimate websites and services.

The use of the copyrighted works and trademarks of others is forbidden by Google's terms of use. (*See* Terms of Service, available at https://policies.google.com/terms. In addition to your take-down obligations under the Copyright Act, your Terms of Service also provide that a violation of your rules can result in removal of infringing content and termination of a user's account. Gartner therefore expects that you will enforce these Terms of Service in this instance and terminate this user's account. In addition, Gartner requests that you disclose the identity of the infringer.

Gartner further demands that Google preserve all evidence that may be relevant to the Infringing Site and that may be the subject of future litigation. Accordingly, apart from compliance with the demands in this letter, you are on notice not to delete, destroy, conceal, or alter any paper or electronic files, other data generated or stored by you on your behalf, of any other electronic data, such as voicemail and texts, that relate to this matter or the Infringing Site.

I trust this letter marks it clear that Gartner considers this to be a very serious matter. Gartner requests that you takedown the Infringing Site immediately, but no later than November 19, 2024.

Google, LLC.
November 12, 2024
Page 4

Please be advised that Gartner reserves all of its rights and remedies.  I appreciate your prompt attention to this matter.

Sincerely,

*Patrick M. Fahey*

Patrick M. Fahey

PMF/
Enclosures

Tab A

**🔒 Page Vault**

| | |
|---|---|
| Document title: | Gartner Conferences \| Best Tech, IT and Business Conferences for Executives |
| Capture URL: | https://www.gartner.com/en/conferences/calendar |
| Page loaded at (UTC): | Fri, 08 Nov 2024 19:11:45 GMT |
| Capture timestamp (UTC): | Fri, 08 Nov 2024 19:12:11 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | fSNe6FMofSE7fGwYPtS8KR |
| Display Name: | support |

About    Newsroom    Careers    Sign In

**Gartner.**    Insights    Our Solutions    | Conferences |

Become a Client ↗

or call 1 855 434 0788



# Conference Calendar

Experience IT and business conferences aligned to your role and optimized to help you achieve stronger performance on your organization's mission-critical priorities.

## Learn more about Gartner conferences

Get our latest conference schedules, updates and insights straight to your inbox.

**Work Email**

Continue

By clicking the "Continue" button, you are agreeing to the **Gartner Terms of Use** and **Privacy Policy.**

# Find your conference

**Roles**  (scroll to view all)

- [ ] Applications & Software Engineering
- [ ] CIOs & IT Executives
- [ ] Data & Analytics
- [ ] Enterprise Risk, Audit & Compliance
- [ ] Finance
- [ ] Human Resources

**Location**

- [ ] Americas
- [ ] Asia/Pacific and Japan
- [ ] Europe, Middle East and Africa

**Gartner IT Symposium/Xpo™**

11 – 13 Nov 2024

Kochi, India    ↗

**Gartner Supply Chain Planning Summit**

3 – 4 Dec 2024

Denver, CO    ↗

**Gartner Identity & Access Management Summit**

9 – 11 Dec 2024

**Gartner IT Infrastructure, Operations & Cloud Strategies Conference**

19 – 20 Nov 2024

London, U.K.    ↗

**ガートナーITインフラストラクチャ、オペレーション&クラウド戦略コンファレンス**

3 – 5 Dec 2024
Tokyo, Japan    ↗

**Gartner IT Infrastructure, Operations & Cloud Strategies Conference**

**Gartner CIO & IT Executive Conference**

19 – 21 Nov 2024

Dubai, UAE    ↗

**Gartner ReimagineHR Conference**

4 – 5 Dec 2024

Sydney, Australia    ↗

**Gartner CIO Leadership Forum**

10 – 11 Feb 2025

**Gartner**    Insights    Our Solutions    | Conferences |

Become a Client ↗

or call 1 855 434 0788

☐ Europe, Middle East and Africa

| **Management Summit** | | **Operations & Cloud Strategies Conference** | | **Forum** | |
| 9 – 11 Dec 2024 | | 10 – 12 Dec 2024 | | 10 – 11 Feb 2025 | |
| Grapevine, TX | ↗ | Las Vegas, NV | ↗ | Hollywood, FL | ↗ |

Items per page:  9 ∨    1–9 of 48 items                    1 of 6 pages    ←    →

# Join forward-thinking leaders

Gartner conferences are uniquely designed with a combination of actionable, objective insights, expert guidance and consultation, peer networking, and solution provider assessment. The experience is unforgettable — and transformative — and will help you and your organization achieve a stronger performance against your mission-critical priorities. Explore the 2024 and 2025 conference schedules and join us to explore emerging trends, accelerate learning and guide near-term decisions.

## The Gartner conference experience

Attend a Gartner conference to get actionable, objective insights from Gartner experts and speakers, immerse yourself in peer discussions and leave with the right tools to turn strategy into successful execution.

**Download 2024 Conference Calendar** ↗
**Download 2025 Conference Calendar** ↗





# nsight that drives stronger performance

ocument title: Gartner Conferences | Best Tech, IT and Business Conferences for Executives
apture URL: https://www.gartner.com/en/conferences/calendar

**Gartner.**    Insights    Our Solutions    | Conferences |

Become a Client ↗

or call 1 855 434 0788



Insight that drives stronger performance

Gartner's expert guidance and tools help executives and their teams make faster, smarter decisions on their mission-critical priorities.

Find Out More ↗

## Global Partners

Take advantage of access to some of the world's leading technology and service providers to help you accelerate your technology decisions.

## Interested in exhibitor opportunities?

Learn More ↗

    

   servicenow.

## Explore insights and conferences aligned to your specific role.

| | | | |
|---|---|---|---|
| Applications ↗ | CIO ↗ | Cloud ↗ | Data & Analytics ↗ |
| Digital Workplace ↗ | Finance ↗ | Human Resources ↗ | Identity and Access Management ↗ |
| Marketing ↗ | Sales ↗ | Security ↗ | Supply Chain ↗ |

**Gartner.**    

### About Gartner

Who We Are

About Us
Corporate Responsibility
Investor Relations
Newsroom

### What We Do

Research & Advisory
Conferences
Consulting
Digital Markets

### Get In Touch

Contact

Contact Us
Become a Client
Office Locations
Technical Support

Careers

Why Gartner
Search Careers
Our Culture
Careers Blog

### Latest Insights

Resources

Featured Insights
Webinars
Glossary
Client Stories



**Gartner**

Insights    Our Solutions    Conferences |

Become a Client ↗

or call 1 855 434 0788

smarter decisions on their mission-critical priorities.

Find Out More ↗

# Global Partners

Take advantage of access to some of the world's leading technology and service providers to help you accelerate your technology decisions.

## Interested in exhibitor opportunities?

Learn More ↗










# Explore insights and conferences aligned to your specific role.

| | | | |
|---|---|---|---|
| Applications ↗ | CIO ↗ | Cloud ↗ | Data & Analytics ↗ |
| Digital Workplace ↗ | Finance ↗ | Human Resources ↗ | Identity and Access Management ↗ |
| Marketing ↗ | Sales ↗ | Security ↗ | Supply Chain ↗ |

**Gartner**



## About Gartner

**Who We Are**

About Us
Corporate Responsibility
Investor Relations
Newsroom

**What We Do**

Research & Advisory
Conferences
Consulting
Digital Markets

## Get in Touch

**Contact**

Contact Us
Become a Client
Office Locations
Technical Support

**Careers**

Why Gartner
Search Careers
Our Culture
Careers Blog

## Latest Insights

**Resources**

Featured Insights
Webinars
Glossary
Client Stories

LICIES    PRIVACY POLICY    TERMS OF USE    OMBUDS

©2024 Gartner, Inc. and/or its affiliates. All rights reserved.



| | |
|---|---|
| Document title: | Guides for Leaders \| Gartner |
| Capture URL: | https://www.gartner.com/en/insights/guides |
| Page loaded at (UTC): | Fri, 08 Nov 2024 19:12:17 GMT |
| Capture timestamp (UTC): | Fri, 08 Nov 2024 19:12:42 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | vpbQtpL4hzrGn6qZR56wmz |
| Display Name: | support |

About    Newsroom    Careers    |    Sign In

**Gartner** | Insights | Our Solutions    Conferences

Become a Client ↗

or call 1 855 434 0788

# Insights that change
# your perspective

Search Insights

Insights / Guides

# View All Guides

Choose your priority ⌄

**AI in Supply Chain: How Supply Chains Benefit from AI**

**Sales Operations: A Complete Guide and Best Practices**

**Sales Skills: What Modern Sellers Need to Drive Results**

**Enterprise Risk Management: Succeed with Proven ERM**

**Build and Deliver Digital Products That Drive Business Results**

**Third-Party Risk Management (TPRM): A Complete Guide**

**What Is Supply Chain Planning, And What Are the Business Benefits?**

**Supply Chain Management (SCM): What, Why, How & CSCO's Guide**

**Top Supply Chain Risks and Mitigation Strategies**

**Finance Analytics: 3 Essentials for Effective Data Governance Every CFO Should Know**

**Sales Pipeline: A Complete Guide for Sales Leaders and Reps**

**Personalized Marketing: A Strategic Guide for CMOs**

**HR Technology: Best Practices to Transform Your HR Function**

**How to Use the Gartner Top 10 Strategic Technology Trends Report**

**Marketing Budgets: How Much Should Your Team Spend in 2024**

**Overhauling Government Technology During Perpetual Change**

**Enhance Your Enterprise Apps to Drive the Modern Digital Business**

**Supply Chain Logistics Management: A Comprehensive Guide**

**Gartner** | Insights | Our Solutions    Conferences

Become a Client ↗

or call 1 855 434 0788

**Effective Demand Generation Strategies to Drive Growth**

**AI in Finance: Applications, Strategies, Frameworks & Benefits**

**Account Management: CSO Strategies to Drive High Performance**

**Future of Work**

**Blockchain: What It Is, How It Works, Why It Matters**

**Evolve Product Portfolios for Changing Customer and Market Needs**

**Secure Venture Capital Funding to Achieve Strategic Growth**

**Lead in a Disruptive Market With Product Innovation Excellence**

**Compliance Program: Key Strategies, and How to Create One**

**Data Quality: Best Practices for Accurate Insights**

**Achieving Brand Marketing Excellence: Expert Tips**

**AI in Marketing: The Future of Smart Marketing**

**Succession Planning: Template for CHROs and HR Leaders**

**Supply Chain Strategic Planning: A Complete Guide for CSCOs**

**Load More ↓**

# Business Insights for Your Function

**Leadership**
**Information Technology**
**Human Resources**
**Supply Chain**
**Data & Analytics**
**Finance**
**Marketing**

**Tech & Service Providers**
**Cybersecurity**
**Software Engineering**
**Infrastructure & Operations**
**Sales**
**Customer Service**
**Legal & Compliance**

## Direct to your inbox

Sign up for our newsletter with the latest insights, analysis and more.

Work Email

[                    ]   Continue

By clicking the "Continue" button, you are agreeing to the **Gartner Terms of Use** and **Privacy Policy.**

Document title: Guides for Leaders | Gartner
Capture URL: https://www.gartner.com/en/insights/guides

Gartner | Insights | Our Solutions | Conferences

Become a Client ↗

or call 1 855 434 0788

# Business Insights for Your Function

**Information Technology**

**Human Resources**

**Supply Chain**

**Data & Analytics**

**Finance**

**Marketing**

**Cybersecurity**

**Software Engineering**

**Infrastructure & Operations**

**Sales**

**Customer Service**

**Legal & Compliance**

## Direct to your inbox

Sign up for our newsletter with the latest insights, analysis and more.

Work Email

Continue

By clicking the "Continue" button, you are agreeing to the **Gartner Terms of Use** and **Privacy Policy.**

# Drive stronger performance on your mission-critical priorities.

Become a Client

Gartner

    

## About Gartner

### Who We Are

About Us

Corporate Responsibility

Investor Relations

Newsroom

### What We Do

Research & Advisory

Conferences

Consulting

Digital Markets

## Get In Touch

### Contact

Contact Us

Become a Client

Office Locations

Technical Support

### Careers

Why Gartner

Search Careers

Our Culture

Careers Blog

## Latest Insights

### Resources

Featured Insights

Webinars

Glossary

Client Stories



POLICIES    PRIVACY POLICY    TERMS OF USE    OMBUDS

©2024 Gartner, Inc. and/or its affiliates. All rights reserved.

**Page Vault**

| | |
|---|---|
| Document title: | Diversity, Equity, and Inclusion - HR Insights | Gartner |
| Capture URL: | https://www.gartner.com/en/human-resources/insights/diversity-equity-inclusion |
| Page loaded at (UTC): | Fri, 08 Nov 2024 19:12:55 GMT |
| Capture timestamp (UTC): | Fri, 08 Nov 2024 19:13:21 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | us9xbK3qnafkKK8awqsnyH |
| Display Name: | support |

 **Gartner.**    **Human Resources**    Insights    Expert Guidance    Tools    Connect with Peers

**Become a Client** ↗

or call 1 855 434 0788

# Diversity, Equity and Inclusion Resource Center

## Complimentary resources to help embed greater diversity, equity and inclusion in your leadership and organization



**3 Actions to More Effectively Advance Underrepresented Talent**

**Read Article**



**Employee Value Proposition Attributes That Attract LGBTQ Candidates**

**Read Infographic**



**3 Steps to Sustainable Diversity and Inclusion Strategies**

**Read Article**



**How to Hold Business Leaders Accountable for D&I Outcomes**

**Read Research**



**HR's Role in Advancing Equity in Times of Unrest**

**Read Article**



**Selecting Employee Resource Group Executive Sponsors**

**Read Research**

Research

# The Pandemic, Protests and a Test of Corporate Commitment

Four questions for directors as they pledge change commitments to employees, consumers and suppliers.

**Read Research**



Hey! Welcome to the top source for HR content! Can I point you in the right direction?



commitments to employees, consumers and suppliers.

**Read Research**



Podcast
# Special Series: Advancing diversity, equity and inclusion



**Your Guide to Inclusive Leadership**

  00:00 / 23:56



**Why Is Everyone Talking About Equity?**

  00:00 / 19:27  



**The State of DEI**

  00:00 / 20:04  



**How to Confront Marginalization in the Workplace**

  00:00 / 26:17



**Five Things Leaders Can Do Today to Be More Inclusive**

**Read Research**



**Act Now to Bolster Protections Against Sexual Harassment**

**Read Article**



**What CEOs Should Know When Hiring a Chief Diversity Officer**

**Read Research**







Hey! Welcome to the top source for HR content! Can I point you in the right direction?



### Build a Sense of Belonging in the Workplace

**Read Article**



### Guide to Addressing Cultural Tension Through Brand Activism and Social Cause Marketing

**Read Research**



### Making the Case for Diversity, Equity and Inclusion During Disruption

**Read Article**

## Dig deeper with these downloadable reports



### Develop (and Become) an Inclusive Leader

Leaders who are inclusive build inclusive teams that outperform all others. So what does it take to develop inclusivity in your leaders and teams? Learn five things that inclusive leaders do differently.

**Download Report**



### Partner With Talent Analytics to Drive D&I Initiatives

This case study details how Philips' head of talent intelligence helped determine the steps the organization needed to take to achieve its lofty diversity goals in just two years.

**Download Case Study**



### Create Competitive Advantage Through Diversity & Inclusion

Gartner research finds that in a diverse workforce, performance improves by 12% and intent to stay by 20%. Learn seven key imperatives the best companies have to go beyond commitment and drive real results from workforce diversity.

**Download Insight**

## More questions about your inclusion strategies or becoming a Gartner client?

**Let's Connect**



**Gartner**



Hey! Welcome to the top source for HR content! Can I point you in the right direction?



# Dig deeper with these downloadable reports



## Develop (and Become) an Inclusive Leader

Leaders who are inclusive build inclusive teams that outperform all others. So what does it take to develop inclusivity in your leaders and teams? Learn five things that inclusive leaders do differently.

**Download Report**



## Partner With Talent Analytics to Drive D&I Initiatives

This case study details how Philips' head of talent intelligence helped determine the steps the organization needed to take to achieve its lofty diversity goals in just two years.

**Download Case Study**



## Create Competitive Advantage Through Diversity & Inclusion

Gartner research finds that in a diverse workforce, performance improves by 12% and intent to stay by 20%. Learn seven key imperatives the best companies have to go beyond commitment and drive real results from workforce diversity.

**Download Insight**

# More questions about your inclusion strategies or becoming a Gartner client?

**Let's Connect**

**Gartner.**       

## About Gartner

**Who We Are**

About Us

Corporate Responsibility

Investor Relations

Newsroom

**What We Do**

Research & Advisory

Conferences

Consulting

Digital Markets

## Get In Touch

**Contact**

Contact Us

Become a Client

Office Locations

Technical Support

**Careers**

Why Gartner

Search Careers

Our Culture

Careers Blog

## Latest Insights

**Resources**

Featured Insights

Webinars

Glossary

POLICIES     PRIVACY POLICY     TERMS OF USE     OMBUDS



Hey! Welcome to the top source for HR content! Can I point you in the right direction?

**🔒 PageVault**

| | |
|---|---|
| Document title: | Gartner Audit & Risk Insights |
| Capture URL: | https://www.gartner.com/en/audit-risk |
| Page loaded at (UTC): | Tue, 12 Nov 2024 14:53:36 GMT |
| Capture timestamp (UTC): | Tue, 12 Nov 2024 14:54:23 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | iXFSf9QfM13wV9SqgMXhPU |
| Display Name: | support |

About    Newsroom    Careers    Sign In

 **Gartner**    **Audit & Risk**    Insights    Expert Guidance    Tools    Connect with Peers

Q

**Become a Client** ↗

or call 1 855 230 9642

# Gartner for Audit & Risk

Get actionable, objective insight for you and your team. Gartner helps risk and audit leaders navigate complex risk landscapes and rapid shifts in today's business environment to deliver on critical business priorities.

I want to know more about:

Select your role ⌄



## On-Demand Webinar

Presented by:

**Stuart Strome**
Director, Research

**Chris Audet**
VP, Research

**Christina Montgomery**
Chief Privacy and Trust Officer, IBM

**Leo Cox**
VP of Integrated Governance, Services and Research, IBM



- Structure AI governance within an organization to best control risk.
- Define the role key assurance functions and business leaders should play in governing AI risk.
- Learn how to approach AI use case risk assessment.

→ **Watch Now**

## Effectively Govern AI Risk: A Conversation With IBM

Watch this complimentary on-demand webinar to learn how IBM is implementing an integrated approach to AI risk management that minimizes enterprise risks while maximizing the value AI delivers to their customers and shareholders.

**Watch Now** ↗

 





Hey! Welcome to Gartner for Legal, Audit & Risk! What can I help you with?



**Gartner**    Audit & Risk    Insights    Expert Guidance    Tools    Connect with Peers    🔍    Become a Client ↗

or call 1 855 230 9642



## Top Emerging Risks

This quarterly report leverages insights from an extensive network of risk management and audit executives to provide an overview of the top emerging risks to monitor.

**Download Report** ↗

## 2024 Audit Plan Hot Spots

The 2024 Audit Plan Hot Spots report is based on quantitative data from more than 100 chief audit executives, structured interviews with over 20 chief audit executives and IT audit leaders, interviews with our internal experts and extensive secondary literature reviews. This report highlights 12 hot spots underlined by three themes that will help audit department effectively identify risks to the organization and highlight them to stakeholders.

**Learn More** ↗

# Insights to drive stronger performance

Choose your priority    ⌄

Research

**2025 Audit Plan Hot Spots**

Research

**5 Critical Areas to Enhance Board Effectiveness**

Article

**Do Employees Actually Believe Reporting Is the Right Thing to Do?**

Article

**Why Dynamic Risk Governance Starts With Shared Data**

Webinar

**The Top Priorities for ERM Leaders in 2025 (APAC)**

Webinar

**The Top Priorities for ERM Leaders in 2025**

Webinar

**The Key Innovation Tactics That Deliver Business Growth**

Webinar

**The Top Priorities for Chief Audit Executives in 2025**

**View More** ↓





❌ Hey! Welcome to Gartner for Legal, Audit & Risk! What can I help you with?

 **Gartner**    **Audit & Risk**    **Insights**    **Expert Guidance**    **Tools**    **Connect with Peers**    🔍    **Become a Client ↗**

or call 1 855 230 9642

View More ⌄

# Attend a Gartner conference and accelerate growth

With exclusive insight straight from Gartner analysts, sessions curated for your role and unmatched peer networking, Gartner conferences help you tackle your organization's mission-critical priorities.

Learn More



# Gartner delivers actionable, objective insight to executives and their teams.



**Access proven management and technology research anytime.**



**Get one-on-one guidance from Gartner experts on your mission-critical priorities.**



**Make confident decisions using our benchmarks and diagnostics.**



**Connect directly with peers to discuss your key issues and common initiatives.**

## Free Newsletter for Audit & Risk Leaders

Get objective, actionable insights – plus invitations to events. Sign up now.

**Work Email**

Continue

By clicking the "Continue" button, you are agreeing to the **Gartner Terms of Use** and **Privacy Policy.**



 Hey! Welcome to Gartner for Legal, Audit & Risk! What can I help you with?



**Gartner.**  Audit & Risk    Insights    Expert Guidance    Tools    Connect with Peers

Become a Client ↗

or call 1 855 230 9642

management and
technology research
anytime.

guidance from Gartner
experts on your
mission-critical
priorities.

decisions using our
benchmarks and
diagnostics.

peers to discuss your
key issues and
common initiatives.

## Free Newsletter for Audit & Risk Leaders

Get objective, actionable insights – plus invitations to events. Sign up now.

**Work Email**

Continue

By clicking the "Continue" button, you are agreeing to the **Gartner Terms of Use** and **Privacy Policy.**

# Drive stronger performance on your mission-critical priorities.

Become a Client

**Gartner.**



## About Gartner

**Who We Are**

About Us
Corporate Responsibility
Investor Relations
Newsroom

**What We Do**

Research & Advisory
Conferences
Consulting
Digital Markets

## Get In Touch

**Contact**

Contact Us
Become a Client
Office Locations
Technical Support

**Careers**

Why Gartner
Search Careers
Our Culture
Careers Blog

## Latest Insights

**Resources**

Featured Insights
Webinars
Glossary
Client Stories

LICIES    PRIVACY POLICY    TERMS OF USE    OMBUDS



Hey! Welcome to Gartner for Legal, Audit & Risk! What can I help you with?



ocument title: Gartner Audit &amp; Risk Insights
apture URL: https://www.gartner.com/en/audit-risk

🔒 Page Vault

| | |
|---|---|
| Document title: | Emerging Technology and Digital Transformation Trends in Education \| Gartner |
| Capture URL: | https://www.gartner.com/en/industries/education |
| Page loaded at (UTC): | Tue, 12 Nov 2024 14:54:45 GMT |
| Capture timestamp (UTC): | Tue, 12 Nov 2024 14:55:21 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | aWAt6UN2db78CLAqszThFL |
| Display Name: | support |

About Gartner    Careers    Sign In

# Gartner

| **Who We Serve** | Our Solutions | Latest Insight | Conferences



Become a Client ↗

or call 1 855 230 9642



# Digital Transformation in Education

Gartner provides actionable, objective insight to education CIOs to help drive digital transformation.

## Gartner Predicts: Education Automation, Adaptability and Acceleration

Explore key trends for 2024 and beyond, plus recommendations for leaders responsible for digital transformation and innovation such as how to:

- Evaluate the impact of generative AI and manage risks
- Assess the alignment between institution strategy and the current talent ecosystem
- Deploy agile strategy with appropriate communications

## Learn more about the trends and technologies impacting the education industry.

Work Email

[                              ]    Continue

By clicking the "Continue" button, you are agreeing to the **Gartner Terms of Use** and **Privacy Policy.**

# Trending insights and tools for education

Every day, 2,500 Gartner experts work with education organizations in need of rapid improvement. We help you make the right decisions so you can focus on your students.

**Higher Education**        K-12 Education

Gain insight specifically designed to support higher education IT leaders with these resources





**Gartner**  | Who We Serve    Our Solutions    Latest Insight    Conferences

Become a Client ↗

or call 1 855 230 9642

## Gain insight specifically designed to support higher education IT leaders with these resources

The top priorities for higher education IT leaders in 2024 are improving customer experience, revenue generation and minimizing risks. Download the **2024 CIO Agenda for Higher Education** infographic to explore top priorities, technologies and challenges for education CIOs.

Explore the **Strategic Roadmap for Higher Education Student Information Systems** to help align digital business strategies and ensure you're keeping up with competitors.

Understand the changing face of innovation drivers with the **Snapshot of Innovation in Higher Education**, which consolidates success stories and explains practical strategies for higher education CIOs to implement.



# Related education resources

Gartner clients: **Log in** for a complete suite of actionable insight and tools on education.

⊞ Research

### Snapshot of Innovation in Higher Education

Case studies of success that include practices higher education CIOs can adopt.

⊞ Research

### 2024 Strategic Roadmap for Higher Education Student Information Systems

Guide for higher education CIOs to navigate the path of transitioning the SIS to a modern technology platform.

⊞ Research

### Education Predicts: Automation, Adaptability, and Acceleration

Education CIOs are evaluating generative AI's potential and managing its risks. This challenge, along with the continued need for operational efficiency, student experience and competitiveness, creates a complex landscape that education CIOs must plan to navigate.)

**What does technology integration mean in education?** ⌄

**How important is technology in education?** ⌄

**Why is it important to use technology in education?** ⌄



## Frequently asked questions

**How is technology being used in education?** ⌄

**Gartner** | Who We Serve | Our Solutions    Latest Insight    Conferences

Become a Client ↗

or call 1 855 230 9642

# Frequently asked questions

How is technology being used in education?    ⌄

Why does educational technology matter?    ⌄

What technology is used in education today?    ⌄

How will technology change education in the future?    ⌄

# Experience Gartner Conferences

Join your peers for the unveiling of the latest insight at Gartner conferences.

View Conferences



# Explore more by function and industry

| By function | By industry | |
| --- | --- | --- |
| Chief Information Officer | Energy & Utilities | Manufacturing |
| Cybersecurity | Financial Services | Retail |
| Data & Analytics | Government & Public Sector | |
| Information Technology | Healthcare | |
| Infrastructure & Operations | High Tech & Telecom | |
| Software Engineering | Investment Services | |
| Tech Marketing | | |



**Gartner** | Who We Serve | Our Solutions | Latest Insights | Conferences

Become a Client ↗

or call 1 855 230 9642

# Explore more by function and industry

| By function | By industry | |
|---|---|---|
| **Chief Information Officer** | **Energy & Utilities** | **Manufacturing** |
| **Cybersecurity** | **Financial Services** | **Retail** |
| **Data & Analytics** | **Government & Public Sector** | |
| **Information Technology** | **Healthcare** | |
| **Infrastructure & Operations** | **High Tech & Telecom** | |
| **Software Engineering** | **Investment Services** | |
| **Tech Marketing** | | |

# Drive stronger performance on your mission-critical priorities.

Become a Client

**Gartner**

    

## About Gartner

### Who We Are
About Us
Corporate Responsibility
Investor Relations
Newsroom

### What We Do
Research & Advisory
Conferences
Consulting
Digital Markets

## Get In Touch

### Contact
Contact Us
Become a Client
Office Locations
Technical Support

### Careers
Why Gartner
Search Careers
Our Culture
Careers Blog

## Latest Insights

### Resources
Featured Insights
Webinars
Glossary
Client Stories

POLICIES    PRIVACY POLICY    TERMS OF USE    OMBUDS

©2024 Gartner, Inc. and/or its affiliates. All rights reserved.

Document title: Emerging Technology and Digital Transformation Trends in Education | Gartner
Capture URL: https://www.gartner.com/en/industries/education



| | |
|---|---|
| Document title: | Gartner for Information Technology (IT) Leaders |
| Capture URL: | https://www.gartner.com/en/information-technology.html |
| Page loaded at (UTC): | Fri, 08 Nov 2024 19:15:39 GMT |
| Capture timestamp (UTC): | Fri, 08 Nov 2024 19:16:10 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 8 |
| Capture ID: | grtKZ13BQLKzXvBqrQ8oT4 |
| Display Name: | support |



**Gartner.**    **Information Technology**    Insights    Expert Guidance    Tools    Connect with Peers    🔍    Become a Client ↗

or call 1 855 434 0788



# Gartner for Information Technology Executives

Get actionable, objective insight for you and your team. Gartner for Information Technology Executives can help you as digitalization transforms business, and IT leaders have an unprecedented opportunity to lead the business to digital success.

I want to know more about:

Select your role

# NEW: 2025 Top 10 Strategic Tech Trends

**Learn how these trends align with your digital ambitions and how to integrate into your strategic planning for long-term success.**

Download Now



## Join an exclusive community of CIOs at Gartner's CIO Leadership Forum

In today's rapidly evolving landscape, CIOs must lead IT beyond traditional functions, collaborate with C-suite peers, and drive business growth. The Gartner CIO Leadership Forum is an exclusive event for Chief Information Officers, offering unparalleled information exchange and peer interaction. Join Gartner experts

**☰ Gartner**  Information Technology    Insights    Expert Guidance    Tools    Connect with Peers    🔍    Become a Client ↗

or call 1 855 434 0788



Information Officers, offering unparalleled information exchange and peer interaction. Join Gartner experts and your CIO peers at the 2025 Gartner CIO Leadership Forum for interactive sessions, experience-sharing, and access to personalized tools to support your mission-critical priorities.

**Find your conference:**

- **10-11 February | Hollywood, FL**
- **24 – 25 February | Phoenix, AZ**
- **11 – 12 March | London, UK**
- **6 – 7 May | Sydney, Australia**
- **9 – 10 July | Tokyo, Japan**





## Deliver business, tech and behavioral AI outcomes

This recap of the 2024 IT Symposium/Xpo Keynote introduces the concept of an AI Technology Sandwich to help you set the right pace for your AI race so you can achieve the desired outcomes for your organization.

**Download Now** ↗

## The CIO Report: 5 top challenges reported by Gartner clients

See the top 5 questions being asked by more than 12,000 of your CIO peers — plus the insights, tools and guidance you need to address them.

**Access Report** ↗







**Gartner**

Information Technology    Insights    Expert Guidance    Tools    Connect with Peers

Become a Client ↗

or call 1 855 434 0788



## Accelerate Growth with the Tech Adoption Roadmap

Benchmark technologies to learn where your peers are finding real business returns and where they face significant deployment risks.

**Learn More ↗**



## Execute an Effective Cybersecurity Strategy

Use this roadmap, based on unbiased research and thousands of client interactions, to create a resilient and agile cybersecurity strategy.

**Download Now ↗**



## Build an IT Strategic Plan That You Will Actually Use

Craft and communicate an effective IT strategy with this exclusive executive toolkit filled with insights, tools and fillable templates you can use with your team.

**Download Your Toolkit ↗**

# Explore more by function and industry

## By function

**Chief Information Officer**

**Cybersecurity**

**Data & Analytics**

**Infrastructure & Operations**

**Software Engineering**

**Tech Marketing**

## By industry

**Education**

**Energy & Utilities**

**Financial Services**

**Government & Public Sector**

**Healthcare**

**High Tech & Telecom**

**Investment Services**

**Manufacturing**

**Retail**



**Gartner**  **Information Technology**  Insights  Expert Guidance  Tools  Connect with Peers  🔍  [ Become a Client ↗ ]

or call 1 855 434 0788

# IT leaders: Explore your must-attend conference

Join CIOs and IT executives to learn how to navigate emerging trends and challenges. From peer-led sessions to analyst one-on-ones, you'll leave ready to tackle your mission-critical priorities.

[ View the Calendar ]



## Want more actionable insights and tools delivered right to your inbox?

Sign up to receive the latest news and trending IT insights, tools and events to connect with Gartner experts and peers.

**Work Email**

[                                    ]  [ Continue ]

By clicking the "Continue" button, you are agreeing to the **Gartner Terms of Use** and **Privacy Policy.**

# Insights to drive stronger performance

Choose your priority  ⌄

Research

### CISO Edge: Use Cyber Deterrence to Stop Attacks Before They Start

Research

### IT Score for Enterprise Architecture & Technology Innovation

Research

### Create a Reference Architecture Program That Facilitates Composability

rticle

### caling AI: Strategies for AI-
~~Ctaady and AI Aaaalavatad~~

Article

### Keys to AI Implementation
~~Ctraatagy fav DRA Avahitaata~~

Insight

### CIO Agenda 2025 | Gartner



**Gartner**  Information Technology    Insights    Expert Guidance    Tools    Connect with Peers

Become a Client ↗

or call 1 855 434 0788

**Scaling AI: Strategies for AI-Steady and AI-Accelerated Organizations**

**Keys to AI Implementation Strategy for D&A Architects**

**CIO Agenda 2025 | Gartner**

Guide

**Enhance Your Enterprise Apps to Drive the Modern Digital Business**

Insight

**Use Gartner Cybersecurity Research & Insights to Develop Your Ideal Security Strategy**

**View More ↓**

Client Success Stories

# See how Gartner helped other companies achieve their information technology goals

**Achieving Business Objectives**    Funding Innovation    Digital Transformation    Cost Optimization

## Fueling Digital Transformation Through Innovative Solutions

Faurecia, a global automotive supplier, needed to fuel its digital strategy with innovations that differentiated its services to gain competitive advantage. Gartner research and advisory services helped IT at Faurecia create an effective digital transformation strategy and achieve business buy-in with the CEO and board of directors.

**Read Story ↗**



**See more client stories**



 **Gartner**    **Information Technology**    Insights    Expert Guidance    Tools    Connect with Peers

    **Become a Client** ↗

or call 1 855 434 0788

# Gartner delivers actionable, objective insight to executives and their teams.



**Access proven management and technology research anytime.**



**Make confident decisions using our benchmarks and diagnostics.**



**Get one-on-one guidance from Gartner experts on your mission-critical priorities.**

**Connect directly with peers to discuss your key issues and common initiatives.**

# Drive stronger performance on your mission-critical priorities.

**Become a Client**

**Gartner**       

### About Gartner

**Who We Are**

About Us

Corporate Responsibility

Investor Relations

Newsroom

**What We Do**

Research & Advisory

Conferences

Consulting

Digital Markets

### Get in Touch

**Contact**

Contact Us

Become a Client

Office Locations

Technical Support

**Careers**

Why Gartner

Search Careers

Our Culture

Careers Blog

### Latest Insights

**Resources**

Featured Insights

Webinars

Glossary

Client Stories

LICIES    PRIVACY POLICY    TERMS OF USE    OMBUDS

©2024 Gartner, Inc. and/or its affiliates. All rights reserved.

**Gartner**   Information Technology   Insights   Expert Guidance   Tools   Connect with Peers        Become a Client ↗

or call 1 855 434 0788

# Gartner delivers actionable, objective insight to executives and their teams.



**Access proven management and technology research anytime.**



**Make confident decisions using our benchmarks and diagnostics.**



**Get one-on-one guidance from Gartner experts on your mission-critical priorities.**



**Connect directly with peers to discuss your key issues and common initiatives.**

# Drive stronger performance on your mission-critical priorities.

Become a Client

**Gartner**



### About Gartner

**Who We Are**

About Us
Corporate Responsibility
Investor Relations
Newsroom

**What We Do**

Research & Advisory
Conferences
Consulting
Digital Markets

### Get in Touch

**Contact**

Contact Us
Become a Client
Office Locations
Technical Support

**Careers**

Why Gartner
Search Careers
Our Culture
Careers Blog

### Latest Insights

**Resources**

Featured Insights
Webinars
Glossary
Client Stories

LICIES    PRIVACY POLICY    TERMS OF USE    OMBUDS        ©2024 Gartner, Inc. and/or its affiliates. All rights reserved.

Document title: Gartner for Information Technology (IT) Leaders
Capture URL: https://www.gartner.com/en/information-technology.html

**Page Vault**

| | |
|---|---|
| Document title: | Insights for Technology Investors | Gartner |
| Capture URL: | https://www.gartner.com/en/industries/investment-services |
| Page loaded at (UTC): | Fri, 08 Nov 2024 19:16:16 GMT |
| Capture timestamp (UTC): | Fri, 08 Nov 2024 19:16:48 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | gam3wcmnrwBnrC6RjUM8JZ |
| Display Name: | support |



**Gartner** | Insights | Our Solutions   Conferences

Become a Client ↗

or call 1 855 434 0788



# Gartner for Technology Investors

### Differentiated insights to make better decisions

## Gain greater tech market and provider insights from Gartner's research

Gartner's insights allow investors to make critical decisions across the invest life cycle with confidence. Whether in the early stages of idea generation or validating a thesis, tech investors can make faster and smarter decisions having the latest Gartner insights on-hand. From understanding buyers' behaviors, sizing technology markets, evaluating competitive landscapes to validating market insights, our experts help answer critical questions such as:

- What are CIO key priorities and how will they impact spending behaviors?
- How prepared is this company to take on challengers?
- What is the competitive landscape in this sector?
- What companies are getting the most traction in this sector, and why?

## Gartner Invest Insights help investors make decisions with confidence

Gartner insights help investors and their teams make key decisions throughout key steps in the investment life cycle. Our wide range of clients including private and public equity firms, investment banks, venture capital and more leverage Gartner to:



### Save time

Finding useful company performance research can be time-consuming, but now investor clients can quickly discover the most relevant insight and experts aligned to key initiatives. This research also helps improve efficiency and avoid missteps that cause delays, enabling you to make investment decisions faster.



 ## Save time

Finding useful company performance research can be time-consuming, but now investor clients can quickly discover the most relevant insight and experts aligned to key initiatives. This research also helps improve efficiency and avoid missteps that cause delays, enabling you to make investment decisions faster.

 ## Receive reliable and more relevant insights

Gartner's investment experts have long years of experience working in banking or equity research industry. They share their insight, outlook and advice with clients. Focused content includes research on semiconductor, communications equipment and more.

 ## Make decisions with confidence

The decisions you make in investment today will have solid support of Gartner's research. From Invest Implications to Invest Insights, you'll find insight and opinions you can trust.

 ## Network with your peers

Some of our top events offer opportunities to network through customized invest programs.

# Gartner Events for Technology Investors

Discover local and virtual briefings, webinars, and conferences for technology investors.

**View Events  >**

# Gartner Invest Webinars



**IT Spending Forecast, 1Q24 Update: GenAI - Where is All the Money?**



**Gartner Top Strategic Technology Trends for 2024**



**The Innovative Technology Providers Driving the Future of Generative AI**



### IT Spending Forecast, 1Q24 Update: GenAI - Where is All the Money?

Determine how GenAI will change the IT Services market and form new markets.

**Watch Now**

### Gartner Top Strategic Technology Trends for 2024

Discover how these 10 key trends will impact your business goals in 2024 and beyond.

**Watch Now**

### The Innovative Technology Providers Driving the Future of Generative AI

Learn about significant players in the GenAI market and understand their importance.

**Watch Now**

## Related Content

`Research`

### Key Actions for Tech CEOs to Successfully Execute Their Geographic Expansion

November 05 2024

`Research`

### Tech CEOs Can Improve Demand Generation With a Targeted Mix of Marketing CTAs and Marketing Channels

October 02 2024

`Research`

### 2024 Tech Marketing Benchmarks Data Snapshots

September 24 2024

`Research`

### Offering Roadmap Imperatives in Data and Analytics and AI Services

September 04 2024

`Research`

### Service Providers: Align Deal Constructs to Buyer Expectations

September 04 2024

`Research`

### Drive Growth via an Effective Ecosystem Strategy

September 03 2024

**Load More**

# Gartner is a trusted advisor and an objective resource for more than 15,000 enterprises in 100+ countries.

Learn more about how we can help you achieve your mission-critical priorities.

**Become a Client**



### Key Actions for Tech CEOs to Successfully Execute Their Geographic Expansion

November 05 2024

### Tech CEOs Can Improve Demand Generation With a Targeted Mix of Marketing CTAs and Marketing Channels

October 02 2024

### 2024 Tech Marketing Benchmarks Data Snapshots

September 24 2024

Research

### Offering Roadmap Imperatives in Data and Analytics and AI Services

September 04 2024

Research

### Service Providers: Align Deal Constructs to Buyer Expectations

September 04 2024

Research

### Drive Growth via an Effective Ecosystem Strategy

September 03 2024

**Load More**

# Gartner is a trusted advisor and an objective resource for more than 15,000 enterprises in 100+ countries.

Learn more about how we can help you achieve your mission-critical priorities.

**Become a Client**

Gartner.

   

### About Gartner

**Who We Are**

About Us
Corporate Responsibility
Investor Relations
Newsroom

**What We Do**

Research & Advisory
Conferences
Consulting
Digital Markets

### Get In Touch

**Contact**

Contact Us
Become a Client
Office Locations
Technical Support

**Careers**

Why Gartner
Search Careers
Our Culture
Careers Blog

### Latest Insights

**Resources**

Featured Insights
Webinars
Glossary
Client Stories

POLICIES    PRIVACY POLICY    TERMS OF USE    OMBUDS

©2024 Gartner, Inc. and/or its affiliates. All rights...





| | |
|---|---|
| Document title: | Decision Making Tools for Mission Critical Priorities \| Gartner |
| Capture URL: | https://www.gartner.com/en/tools |
| Page loaded at (UTC): | Fri, 08 Nov 2024 19:17:05 GMT |
| Capture timestamp (UTC): | Fri, 08 Nov 2024 19:17:47 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | fjuFFokE9kyQzBxjdWbpr7 |
| Display Name: | support |

**Gartner.**   Insights  | Our Solutions | Conferences                        🔍   [ Become a Client ↗ ]

or call 1 855 434 0788

# Tools to make smarter, faster decisions

From benchmarks to frameworks to rankings, we provide the practical solutions that transform your mission-critical priorities into measurable business results.



## Featured Tools



### Hype Cycle™
Understand the potential pitfalls and opportunities of innovations in the context of your industry and appetite for risk.

### Magic Quadrant™
Evaluate and identify technology providers using our deep research and analysis — before you invest.

### Critical Capabilities
Gain deeper insight into providers' products and capabilities and their suitability for your business

Hey! Want to connect with a rep from our team now?   G



**Gartner**    Insights | Our Solutions | Conferences

Become a Client ↗

or call 1 855 434 0788

### Digital IQ

Access research and recommendations to benchmark digital performance relative to peers and competitors.

### Product Decisions

Power your product roadmap with proprietary buyer data, analyst insight on buyer needs and product capabilities across 100+ markets.

### BuySmart™

Reduce costs, avoid common mistakes and purchase technology with confidence.

# Templates & Frameworks

Download our self-serve guides for all that Gartner has to offer.

## Benchmarking

Leverage our best-in-class diagnostics to excel where it matters most, budget smarter and make your function more effective.

## Cost Optimization

Identify where to reduce, protect and invest to drive growth and efficiency.

## Strategic Planning

Create a clear and streamlined roadmap to meet business goals.

# We can help you achieve your mission-critical priorities.

Our expert guidance and tools enable faster, smarter decisions and stronger performance.



Hey! Want to connect with a rep from our team now?



**Gartner**  Insights | Our Solutions | Conferences

Become a Client ↗

or call 1 855 434 0788

## Cost Optimization

Identify where to reduce, protect and invest to drive growth and efficiency.

## Strategic Planning

Create a clear and streamlined roadmap to meet business goals.

# We can help you achieve your mission-critical priorities.

Our expert guidance and tools enable faster, smarter decisions and stronger performance.



**Gather insight to deepen understanding**



**Leverage expert guidance to ask the right questions**



**Deploy tools to create an effective plan**



**Connect with peers to validate and accelerate strategy**

Become a Client

---

**Gartner**  

### About Gartner

**Who We Are**

About Us
Corporate Responsibility
Investor Relations
Newsroom

**What We Do**

Research & Advisory
Conferences
Consulting
Digital Markets

### Get In Touch

**Contact**

Contact Us
Become a Client
Office Locations
Technical Support

**Careers**

Why Gartner
Search Careers
Our Culture
Careers Blog

### Latest Insights

**Resources**

Featured Insights
Webinars
Glossary
Client Stories

Hey! Want to connect with a rep from our team now?



POLICIES    PRIVACY POLICY    TERMS OF USE    OMBUDS



| | |
|---|---|
| Document title: | Gartner Hype Cycle Research Methodology \| Gartner |
| Capture URL: | https://www.gartner.com/en/research/methodologies/gartner-hype-cycle |
| Page loaded at (UTC): | Fri, 08 Nov 2024 19:18:06 GMT |
| Capture timestamp (UTC): | Fri, 08 Nov 2024 19:18:41 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | uyouWEAtNLHbA84fcU52h6 |
| Display Name: | support |



**Gartner.**   Insights | Our Solutions | Conferences

Become a Client ↗

or call 1 855 434 0788



# Gartner Hype Cycle

## Interpreting technology hype

When new technologies make bold promises, how do you discern the hype from what's commercially viable? And when will such claims pay off, if at all? Gartner Hype Cycles provide a graphic representation of the maturity and adoption of technologies and applications, and how they are potentially relevant to solving real business problems and exploiting new opportunities. Gartner Hype Cycle methodology gives you a view of how a technology or application will evolve over time, providing a sound source of insight to manage its deployment within the context of your specific business goals.

### How do you use Hype Cycles?

Clients use Hype Cycles to get educated about the promise of an emerging technology within the context of their industry and individual appetite for risk.

Should you make an early move? If you're willing to combine risk-taking with an understanding that risky investments don't always pay off, you could reap the rewards of early adoption.

Is a moderate approach appropriate? Executives who are more moderate understand the argument for an early investment but will also insist on a sound cost/benefit analysis when new ways of doing things are not yet fully proven.

Should you wait for further maturation? If there are too many unanswered questions around the commercial viability of an emerging technology, it may be better to wait until others have been able to deliver tangible value.



### Become a Client

The Hype Cycle research is reserved for paying clients. Speak with a Gartner specialist to learn how you can access this research plus more insights, tools, and advice to achieve your mission critical priorities

**Contact Information**
All fields are required.
Work Email

First Name

Last Name

Phone

Job Title

Company Name

Job Function

Country





## How do Hype Cycles work?

Each Hype Cycle drills down into the five key phases of a technology's life cycle.

- **Innovation Trigger:** A potential technology breakthrough kicks things off. Early proof-of-concept stories and media interest trigger significant publicity. Often no usable products exist and commercial viability is unproven.
- **Peak of Inflated Expectations:** Early publicity produces a number of success stories — often accompanied by scores of failures. Some companies take action; many do not.
- **Trough of Disillusionment:** Interest wanes as experiments and implementations fail to deliver. Producers of the technology shake out or fail. Investments continue only if the surviving providers improve their products to the satisfaction of early adopters.
- **Slope of Enlightenment:** More instances of how the technology can benefit the enterprise start to crystallize and become more widely understood. Second- and third-generation products appear from technology providers. More enterprises fund pilots; conservative companies remain cautious.
- **Plateau of Productivity:** Mainstream adoption starts to take off. Criteria for assessing provider viability are more clearly defined. The technology's broad market applicability and relevance are clearly paying off.

## Hype Cycles help you:

- Separate hype from the real drivers of a technology's commercial promise
- Reduce the risk of your technology investment decisions
- Compare your understanding of a technology's business value with the objectivity of experienced IT analysts

# Talk to Gartner today.

**Contact Us**

Job Function

Country

**Submit**

🔒 By clicking the "Submit" button, you are agreeing to the Gartner Terms of Use and Privacy Policy.

**Gartner.**  

### About Gartner

**Who We Are**

About Us
Corporate Responsibility
Investor Relations
Newsroom

**What We Do**

Research & Advisory
Conferences
Consulting
Digital Markets

### Get In Touch

**Contact**

Contact Us
Become a Client
Office Locations
Technical Support

**Careers**

Why Gartner
Search Careers
Our Culture
Careers Blog

### Latest Insights

**Resources**

Featured Insights
Webinars
Glossary
Client Stories

PRIVACY POLICY    TERMS OF USE    OMBUDS

©2024 Gartner, Inc. and/or its affiliates. All rights

# TAB B

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE:                                      :        MISC. NO.
                                            :
PETITION OF GARTNER, INC.                   :


## DECLARATION OF IN SUPPORT OF
## PETITION FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

I, Patrick M. Fahey, hereby depose and say:

1.      I am an attorney for Gartner, Inc. ("Gartner"), the petitioner in the above-captioned matter.

2.      The above-captioned petition is being filed pursuant to 17 U.S.C. § 512(h) to obtain the identity of an alleged infringer of Gartner's copyright.

3.      The information obtained pursuant to the subpoena will be used for the purpose of protecting rights under Title 17 of the United States Code.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9th, 2024, at Hartford, Connecticut.

/s/ Patrick M. Fahey

21833855.1